AREY v. BD. OF LIGHT & WATER COMM.

No. 40PC

Case below: 50 NC App 505

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 May 1981.


BANK v. WORONOFF

No. 7PC

Case below: 50 NC App 160

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 May 1981.


CONE v. CONE

No. 110PC

Case below: 50 NC App 343

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 May 1981.


FINANCIAL CORP. v. HARNETT TRANSFER

No. 126PC

Case below: 51 NC App 1

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.


GOLDEN v. REGISTER

No. 103PC

Case below: 50 NC App 650

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 May 1981.